IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL A. COKER | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-CV-4686 |
| GHANA AIRWAYS | : | |
| Defendants. | : | |

**<u>PREACIPE TO SETTLE, DISCONTINUE AND END</u>**

TO THE CLERK OF COURT:

    KINDLY MARK THE ABOVE CAPTIONED MATTER AS SETTLED, DISCONTINUED AND ENDED.

                                             ABRAHAMS, LOEWENSTEIN & BUSHMAN

_____                           _____
Date:                               By:    Ralph J. Kelly, Esquire
                                                 *Counsel for Defendant*

_____                         By:   _____
Date:                                                Linda McGrier, Esquire
                                                    *Counsel for Plaintiff*